# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| Thomas M. Prenger,  )<br>  )<br>  )<br>   Plaintiff,  )<br>  )<br>   vs.  )<br>  )<br> Andrew M. Saul  )<br> Commissioner of Social Security,  )<br>  )<br>  )<br>  )<br>  )<br>   Defendant.  ) | Case No. 2:20-cv-00078-UNA |

## ORDER

The above styled and numbered case was opened on December 14, 2020 and assigned to the Northern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Eastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Eastern Division and assigned to the Honorable Shirley P. Mensah, United States Magistrate Judge, under cause number 4:20-cv-01766-**SPM**.

**IT IS FURTHER ORDERED** that cause number 2:20-cv-00078 UNA be administratively closed.

                                                                                GREGORY J. LINHARES
                                                                                CLERK OF COURT

Dated: December 14, 2020                       By: /s/ Michele Crayton
                                                                                Court Services Manager

**In all future documents filed with the Court, please use the following case number 4:20-cv-01766-SPM.**